United States District Court
for the
Southern District of Florida

| Great American Assurance Company, Plaintiff, | ) |
|---|---|
| | ) |
| v. | ) Civil Action No. 19-60279-Civ-Scola |
| | ) |
| Koutoulas & Relis LLC, Defendants. | ) |

## **Opinion Order Requiring Amended Complaint**

This matter is before the Court on an independent review of the record. On January 31, 2019, the Plaintiff filed a three-count complaint for declaratory and legal relief. (ECF No. 1.) Diversity is the sole jurisdictional basis alleged in the Complaint. (*Id.* at ¶ 10.)

A federal "court should inquire into whether it has subject matter jurisdiction at the earliest possible stage in the proceedings." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). "Indeed, it is well settled that a federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking." *Id.*

Diversity jurisdiction exists where (1) the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and (2) the case is between citizens of different States. 28 U.S.C. § 1332. With respect to the first prong, "[w]hen a plaintiff seeks injunctive or declaratory relief, the amount in controversy is the monetary value of the object of the litigation from the plaintiff's perspective." *Federated Mut. Ins. Co. v. McKinnon Motors, LLC*, 329 F.3d 805, 807 (11th Cir. 2003). At the pleading stage, the party invoking federal jurisdiction bears the burden of establishing the amount in controversy requirement by a preponderance of the evidence. *Id.*

In the Complaint, the Plaintiff conclusory alleges that the amount in controversy exceeds $75,000 but makes no further showing sufficient to carry its burden. (ECF No. 1 at ¶ 10.) Thus, the Court cannot determine if in fact federal jurisdiction exists in this case.

The Plaintiff therefore is ordered to file an amended complaint sufficiently alleging the existence of federal jurisdiction in this case by **February 8, 2019**. Failure to so file will result in the dismissal of this case without prejudice and without further notice.

**Done and ordered**, in Chambers, at Miami, Florida, on January 31, 2019.

_____
Robert N. Scola, Jr.
United States District Judge